**COMPLAINT/REMOVAL DISMISSAL**
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 19 mag. 11217         Date 12.17.19

USAO No. 2019R01562

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. Leidy Sanchez

The Complaint/~~Rule 40 Affidavit~~ was filed on 11.27.19

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY
Emily A. Johnson
(Print name)

**SO ORDERED:**

_____          12/18/19
UNITED STATES MAGISTRATE JUDGE           DATE

---

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy