USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

    -v-

LEIDY SANCHEZ,
           Defendant.
-----------------------------------------------------------x

19 Mag. 11217

**ORDER**

DENISE L. COTE, DISTRICT JUDGE:

The United States Marshall's Service and the Bureau of Prisons (Metropolitan Correctional Center, New York, New York) are ordered to release Leidy Sanchez, Reg. number 87532-054, from custody by 5:00 p.m. today, December 20, 2019, if agents of the Department of Homeland Security have not taken her into custody pursuant to the detainer they have filed with the Metropolitan Correctional Center by that time.

SO ORDERED.

                                          Denise L. Cote
                                          United States District Judge

                                          12/20/19

Dated:  New York, New York
            December 20, 2019